550

753 A.2d 1147

IN THE MATTER OF CHARLES M. RADLER,
JR., AN ATTORNEY AT LAW.

July 12, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision concluding that **CHARLES M. RADLER, JR.,** of **CRAN-FORD,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects); and good cause appearing;

It is ORDERED that **CHARLES M. RADLER, JR.,** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 1, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.